

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense, with punishment assessed at a fine of $125 and three days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon his plea of guilty before the court, appellant was convicted of the offense of unlawfully transporting intoxicating liquors in a dry area and punishment assessed at a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Sammie Lee DEDRICK, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28162.

Court of Criminal Appeals of Texas.

March 14, 1956.

**Odis MATHIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28164.

Court of Criminal Appeals of Texas.

March 14, 1956.